UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

        vs                        6:06-CR-133

RAYMOND GARRETT, also known as
Sunnyshine, also known as Slim Mylanski,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                 OF COUNSEL:

HON. GLENN T. SUDDABY              CARL G. EURENIUS, ESQ.
United States Attorney                   JOHN M. KATKO, ESQ.
Attorney for Government             Assistant U.S. Attorneys
Northern District of New York
P. O. Box 7198
100 South Clinton Street
Syracuse, New York  13261-5165

J. SCOTT PORTER, ESQ.
Attorney for Defendant
One Park Place, Suite 624
300 South State Street
Syracuse, NY 13202

EDWARD Z. MENKIN, ESQ.
Attorney for Defendant
109 South Warren Street
Syracuse, NY 13202

DAVID N. HURD
United States District Judge

## **O R D E R**

       The defendant has moved to withdraw his guilty plea, specific performance of the Cooperation and Plea Agreement, an evidentiary hearing, and substitution of assigned counsel.  The issues raised in the motion require an evidentiary hearing.

Therefore, it is

ORDERED that

1. Attorney J. Scott Porter is relieved as assigned counsel for defendant;

2. Attorney Edward Z. Menkin, 109 South Warren Street, Syracuse, NY 13202, is hereby appointed as assigned counsel to represent defendant Raymond Garrett in all future proceedings;

3. Attorney Porter shall, within ten (10) days provide Attorney Menkin with defendant's file;

4. The evidentiary hearing will be held on Tuesday, August 5, 2008, at 10:00 a.m. in Utica, New York; and

5. Exhibit and witness lists and memorandums of law shall be filed and served on or before July 22, 2008.

IT IS SO ORDERED.

Dated: April 16, 2008
       Utica, New York.

_____
United States District Judge